NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

HTC CORPORATION AND
HTC AMERICA, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

APPLE INC.,
*Intervenor.*

---

2012-1226

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-710.

---

## ON MOTION

---

## ORDER

Upon consideration of Apple Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**MAR 1 2 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James B. Coughlan, Esq.
    Sidney A. Rosenzweig, Esq.
    Marcus E. Sernel, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 2 2012

· JAN HORBALY
CLERK